UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

TERRANCE BROWN,

    Plaintiff,

V.

JUDGE ROBERT WIER, *et al.*,

    Defendants.

Civil Action No. 7: 24-022-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Complaint [R. 1] is **DISMISSED WITH PREJUDICE**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 2nd day of April, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY